**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIANO KASSAR,<br>A-242-449-230<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE MESA VERDE DETENTION FACILITY, et. al.,<br><br>Respondents. | No. 1:26-cv-2374-DJC-ICD (HC)<br><br>ORDER |

Petitioner, an immigration detainee proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On September 15, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and declines to adopt the findings and recommendations. Given Petitioner's pro se status, the Court concludes that ordering

a preliminary response from the Government consistent with the undersigned's practice to be more appropriate, and that the factors in in *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992) weigh against dismissal.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Court declines to adopt the findings and recommendations filed September 15, 2026, ECF No. 8.

2. On or before October 6, 2026, Respondents are ordered to file a preliminary response to the Petition (ECF No. 1) and the most recent available Form I-213 for Petitioner.

3. The reference to the assigned Magistrate Judge is withdrawn pending further order of the Court.

IT IS SO ORDERED.

Dated: **September 30, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE